**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**STERLING POPE,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-151-TKW-HTC**

**SERGEANT COTTER and**
**LIEUTNANT PENIX,**

**Defendants.**
___________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13) and Plaintiff's objections (Doc. 16). Upon de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief.[1] The legal deficiencies in Plaintiff's claims cannot be cured by amendment, so leave to amend will be denied and the claims will be dismissed with prejudice.

Accordingly, it is ORDERED that:

[1] Based on this conclusion, the Court need not consider the magistrate judge's alternative recommendation for dismissal based on Plaintiff's failure to truthfully disclose his litigation history. That said, for sake of completeness, the Court agrees with the magistrate judge's determination on that issue as well.

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 6th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**